IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:24-CR-70 Judge Mazzant |
| JOSE ARMANDO LARA TORRES (2) | § | |

## BILL OF PARTICULARS

The government files this Bill of Particulars in the above referenced action. In the Notice of Intention to Seek Criminal Forfeiture within the Indictment in this action the government described property as being subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 924(d)(1), 934 and 28 U.S.C. § 2461(c).

The government now gives notice of its intention to seek forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 924(d)(1), 934 and 28 U.S.C. § 2461(c) of the following property:

      a.  $3,203 in U.S. currency.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

/s/
MAUREEN SMITH
Assistant United States Attorney
600 East Taylor Street, Suite 2000
Sherman, Texas 75090
(903) 868-9454
(903) 892-2792 (fax)
maureen.smith@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024, I caused a copy of this document to be electronically served on defense counsel of record by means of the Court's CM-ECF system.

/s/
MAUREEN SMITH