IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:24-CR-70 |
| | § | Judge Mazzant |
| CINDY CERVANTES (6) | § | |

## SECOND BILL OF PARTICULARS

The government files this Second Bill of Particulars in the above referenced action. In the Notice of Intention to Seek Criminal Forfeiture within the Indictment in this action the government described property as being subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 924(d)(1), 934 and 28 U.S.C. § 2461(c).

The government now gives notice of its intention to seek forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 924(d)(1), 934 and 28 U.S.C. § 2461(c) of the following property:

    a.  $600.00 in U.S. currency.

    Respectfully submitted,

    ABE MCGLOTHIN, JR
    Acting United States Attorney

    /s/ Matthew T. Johnson
    MATTHEW T. JOHNSON
    Assistant United States Attorney
    600 East Taylor Street, Suite 2000
    Sherman, Texas 75090
    Texas Bar No. 24060033
    (903) 893-1843
    (903) 892-2792 (fax)
    Matthew.Johnson@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2025, I caused a copy of this document to be electronically served on defense counsel of record by means of the Court's CM-ECF system.

/s/ Matthew T. Johnson
MATTHEW T. JOHNSON